UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | Criminal Number: CR 06-0328 MMC |
| Plaintiff,           ) | |
| v.           ) | **STIPULATION AND ORDER REQUESTING CONTINUANCE OF TIME FOR FILING OF UNITED STATE'S OPPOSITION BRIEF** |
| DAVID AVERILL and           ) JACOB JOHNSON,           ) | |
| Defendants           ) | |

The parties last appeared before this Court on November 15, 2006. At that time, the Court denied the Defendant's motion to Dismiss and set a briefing schedule in this matter regarding the Defendant's Motion to Suppress.

In the original briefing schedule, the United States was to file its Opposition to the defendant's Motion to Suppress by January 3, 2007. The defendant would file a Reply brief on January 17, 2007 and the Court would convene a hearing on January 24, 2007. Originally, the United States agreed to this briefing schedule.

The United States now petitions this Court for one additional week in which to prepare its Opposition to defendant Jacob Johnson's ("Johnson") Motion to Suppress. The United States makes this request due to personal and professional considerations.

Since the parties' last appearance on November 15, 2006, counsel for the United States has

Stipulation and [Proposed] Order
CR 06-0328 MMC

had a medical issue involving a family member requiring time away from the office pursuant to the Family Medical Leave Act.  Government counsel is still involved in assisting with and caring for this family member.

    Moreover, counsel for the United States was out of the office from December 22, 2006 through December 28, 2006.  On December 28, 2006, government counsel learned that the case agent assigned to this matter, Special agent Roger E. Roberts ("Roberts"), is out of the state on a protective detail serving the Vice President of the United States.  Robert's assistance is required in order for the government to prepare its Opposition.  Roberts is expected to return on or before January 2, 2007. Roberts availability, however, may be further impacted by the fact that President George W. Bush has declared January 2, 2007, a national day of mourning on behalf of former President Gerald Ford.  It is therefore likely that once Roberts returns to California, he will remain unavailable as he may be required to assist with this detail.

    Mr. Scott E. Morgan, who represents Johnson, has indicated that he has no objection to the United State's request for a one week extension of time.  Mr. Morgan requested that we maintain January 17, 2007 as the date by which the defendant will file a Reply and January 24, 2007 as the date set for hearing.

    On December 28, 2006, government counsel left a voicemail message for Assistant Federal Public Defender Joshua Cohen.  Mr. Cohen's voicemail message indicates that he is out of the office through January 2, 2007.  As of this writing, government counsel has not heard from Mr. Cohen.

    The parties now agree that the United States will file its Opposition to the defendant's motion by January 10, 2007.  The defendant will file his Reply to the Government's Opposition

// //
// //
// //
// //
// //
// //

Stipulation and [Proposed] Order
CR 06-0328 MMC                    2

1  by January 17, 2007.  The parties request that the motions hearing date of January 24, 2007 be
2  maintained.
3  DATED:       December 29, 2006                        /s/
                                                   SUSAN R. JERICH
4                                                  Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

    1.    That the government's opposition papers shall be filed by January 10, 2007, and the defendant's reply papers shall be filed by January 17, 2007.

    2.    That the hearing date in this case shall be maintained as January 24, 2007.

DATED: January 2, 2007

MAXINE M. CHESNEY
United States District Court Judge

Stipulation and [Proposed] Order
CR 06-0328 MMC                                    3