KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

SUSAN R. JERICH (CASBN 188462)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California 94102
    Telephone:  (415) 436-7158
    Facsimile:   (415) 436-7234
    E-Mail:      Susan.Jerich@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 06-0328 MMC |
|---|---|---|
| Plaintiff, | ) | **[PROPOSED] ORDER STAYING RELEASE OF THE DEFENDANT PENDING HEARING ON THE GOVERNMENT'S APPEAL FROM THE MAGISTRATE'S ORDER OF RELEASE** |
| v. | ) | |
| DAVID AVERILL, | ) | |
| Defendant. | ) | Hearing Date: February 7, 2007<br>Time:  2:30 p.m.<br>Courtroom:  Hon. Maxine M. Chesney |

      On February 1, 2007, the Honorable James Larson, United States Magistrate Judge, released the defendant, David Averill, from the custody of the United States Marshal's service. The United States opposes this release and filed an appeal with this Court the same day.

    The hearing on the United State's appeal has been scheduled for February 7, 2007 at 2:30 p.m. before this Court.  The United States respectfully requests that this Court stay Magistrate

///

///

///

Proposed Order (CR 06-328)

1 | Judge Larson's release order until such time as this Court considers the United State's appeal
2 | and enters a ruling on the United State's appeal of Judge Larson's detention order.
3 |
4 | Dated: February 2, 2007         KEVIN V. RYAN
                                    United States Attorney
5 |
6 |                                 _____/s/_____
                                    SUSAN R. JERICH
7 |                                 Assistant United States Attorney
8 | SO ORDERED.
9 |
10 | Dated:_ February 2, 2007 __
11 |                                MAXINE M. CHESNEY
                                    Judge, U.S. District Court
12 |
13 |
...
28 |