BARRY PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700

Counsel for Defendant AVERILL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-06-0328 MMC |
| Plaintiff, | DEFENDANT'S UNOPPOSED MOTION FOR DETENTION ORDER AND FOR ORDER DIRECTING CLERK TO RECONVEY ESTATE GRANTED UNDER DEED OF TRUST RECORDED BY POTENTIAL SURETY; ORDER THEREON |
| v. | |
| DAVID AVERILL, | |
| Defendant | |

On February 1, 2007, defendant David Averill appeared before Chief Magistrate Judge Larson to seek pretrial release.  After a hearing, Judge Larson ruled that Mr. Averill could be released under a set of conditions, one of which was that Mr. Averill's mother, Marilyn Martin, post her property as collateral for Mr. Averill's release.  On February 2, 2007, Ms. Martin visited the Solano County Recorder's Office and recorded a lien against her property in favor of the Clerk of the Court.

The government appealed Judge Larson's release order to this Court, which affirmed the magistrate on February 7, 2007.  The parties subsequently engaged in plea discussions, and Mr. Averill entered guilty pleas on February 21, 2007.  At the change-of-

1

plea hearing, this Court stated that Mr. Averill, having been convicted, should remain in custody. Mr. Averill indicated that he was no longer seeking release.

Ms. Martin wishes to have the lien against her property removed as promptly as possible. Accordingly, Mr. Averill respectfully requests that the Court enter an order directing that Mr. Averill be detained. He further requests that the Court order the Clerk of the Court to reconvey the estate granted to it under the deed of trust executed by Ms. Martin and recorded in the Solano County Recorder's Office on February 2, 2007.

The government does not oppose this motion.

Dated: April 18, 2007

>   Respectfully submitted,
>
>   BARRY J. PORTMAN
>   Federal Public Defender
>
>   /s/
>
>   JOSH COHEN
>   Assistant Federal Public Defender

**ORDER**

Accordingly, and for good cause shown, defendant's unopposed motion is granted. It is hereby ordered that the defendant, David Averill, shall be detained in the custody of the United States Marshals Service until further notice.

It is further ordered that the Clerk of the Court shall reconvey the estate, title, and interest granted to it under the deed of trust executed by Marilyn Martin as security for Mr. Averill's release, and recorded in the Solano County Recorder's Office on February 2, 2007.

Defendant's Motion for Order Exonerating Release Bond, filed April 3, 2007, is hereby DENIED as moot.

IT IS SO ORDERED.

Dated: April 20, 2007

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE